## (November 9, 1953.)

JOHN HALPERIN et al., Appellants, v. ALVIN B. WOLOSOFF et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ. [See *ante*, p. 876.]

RITA HOMER, Appellant, v. LEON HOMER, Respondent.— Motion to extend appellant's time to move or plead with respect to the amended answer granted and time extended until twenty days after the entry of the order determining the appeal, on condition that the appeal be perfected and brought on for argument on Monday, November 30, 1953, for which day the appeal is ordered to be placed on the calendar. Motion to dismiss appeals from three orders, two of which refer motions to an official referee to hear and report and one of which grants reargument and on reargument adheres to the original decision to refer the motion to an official referee to hear and report. Motion granted, without costs, and appeals dismissed, without costs. Orders of reference to hear and report are not appealable. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

In the Matter of the Accounting of MINNIE SCHWAN, as Administratix of the Estate of MINNA M. HIPP, Deceased, Respondent. HATTIE PHILLIPSON, Appellant; JOHN C. TOAZ, Special Guardian of ANNA H. JACK, et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ. Motion for reargument or for resettlement of order denied, without costs. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 880.]

WILLIAM M. BACHSCHMIDT, Appellant, v. CITY OF NEW YORK et al., Respondents.— In an action to recover damages for personal injuries, the jury rendered a verdict in favor of defendants against plaintiff. Plaintiff appeals from the judgment entered thereon. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.